IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA ANTONIETA ESPINOSA-TORRES * | |
| * | |
| VS. * | CIVIL ACTION |
| * | NO. B-99-009 |
| UNITED STATES OF AMERICA * | |

## ORDER OF DISMISSAL

This cause of action was filed on January 15, 1999, as an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(a)(3).

Over three months have elapsed and Petitioner has failed to perfect service on Respondent, pursuant to Rule 4(i) F.R.C.P. Additionally, this Court takes judicial notice that the Government's Application for a Certificate of Extradition was granted on January 8, 1999, and Petitioner was extradited to Mexico on March 9, 1999.

Because of the foregoing, this Court is of the opinion that this cause of action should be DISMISSED with Prejudice.

IT IS SO ORDERED.

Done at Brownsville, Texas, 16th day of March, 1999.

_____
Hilda G. Tagle
United States District Judge